The following constitutes
the order of the court. Signed July 25, 2008

_____
Marilyn Morgan
**U.S. Bankruptcy Judge**
_____

FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
GAIL S. GREENWOOD (S.B. NO. 169939)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-52709 MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING EXAMINATION OF BANKS AND REQUIRING PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | [No Hearing Required] |

The Court, having reviewed the Trustee's Motion for Order Authorizing Examination of Banks and Requiring Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") filed July 24, 2008 by R. Todd Neilson, the Chapter 11 Trustee ("Trustee") in the above-captioned bankruptcy case; it appearing that notice of the Motion was sufficient under the circumstances; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Trustee is authorized through his counsel to serve a subpoena in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure for the examination of First National Bank, Wells Fargo Bank, Bank of America, Fremont Bank, Monterey County Bank, Umpqua Bank, and Washington Mutual Bank (collectively, the "Banks").

3. The Banks shall produce documents pertaining to the accounts described in <u>Exhibit A</u> hereto, including but not limited to signature cards, account operating agreements, monthly statements, cancelled checks, wire transfers, correspondence, and email, on such date and location as may be contained in any subpoena issued in furtherance of this Order.

***END OF ORDER***

# EXHIBIT A

# BANK ACCOUNTS -- 2004 EXAM

| Bank Name | Account Name | Account # | Time Period/Documents Requested |
|---|---|---|---|
| First National Bank | Cedar Funding Inc - General Account | 00000000041098161 | Opening-Oct 2004, Dec 2004-Oct 2005, Dec 2005-Jan 2006, Dec 2007-June 2008 |
| | Cedar Funding Mortgage Fund LLC - Funding Account | 00000000041098146 | Opening-Nov 2006, Mar-June 2008 |
| | Cedar Funding Mortgage Fund LLC Disbursement Account | 00000000041098153 | Opening-Dec 2006, Feb-June 2008 |
| | Cedar Funding Mortgage Fund, LLC - Funding Account | 00000000041098138 | Opening-Dec 2006, Feb-June 2008 |
| | Cedar Funding Mortgage Fund, LLC - General Account | 00000000041098120 | Opening-Dec 2005, Jan-June 2007, Aug 2007, Oct 2007, Jan-June 2008 |
| | Daniel A Nilsen - David A Nilsen | 00000000041102054 | Opening-July 2006, Sept 2006-June 2008 |
| | Daniel A Nilsen - David A Nilsen | 00000000041103409 | Opening-June 2006, Sept 2006-June 2008 |
| | David A. Nilsen, DBA Cedar Funding Servicing Account | 00000000041705542 | Opening-Dec 2006, Oct 2007-June 2008 |
| | David A. Nilsen, DBA Cedar Funding - Escrow Trust Account | 00000000041705146 | Opening-Nov 2005, Feb-June 2008 |
| | David A. Nilsen, DBA Cedar Funding - General Account | 00000000041705153 | Opening-Oct 2006, Feb-June 20008 |
| | David Nilsen DBA Cedar Funding | 00000000100235084 | Opening-Feb 2006, Dec 2007-June 2008 |
| | David Nilsen DBA Cedar Funding | 10903177 | Opening-Nov 2005, Jan 2006-June 2008 |
| | Accustom Development LLC | 00000000041110511 | Opening-Nov 2005, Feb 2006, July 2006, Dec 2007-June 2008 |
| | David Nilsen - Cedar Funding | 00000000100436849 | Opening-Sept 2006, March 2007, Dec 2007-June 2008 |
| Wells Fargo Bank | Cedar Funding Mortgage Fund, LLC - General Account | 701-2196049 | Opening-Dec 2006, May-June 2008 |
| | Cedar Funding Mortgage Fund, LLC - Subscription | 701-2196031 | Opening-Jan 2007, Mar-Dec 2007, March 2008, May-June 2008 |
| | Cedar Funding River Grove Resort | 637-5992291 | Opening-April 2008, June 2008 |
| | David A Cedar Funding Servicing Account | 701-2196015 | Opening-Feb 2007, May-June 2008 |
| | David A. Nilsen, DBA Cedar Funding - Escrow Trust Account | 701-2196023 | Opening-Jan 2007, April-Sept 2007, May-June 2008 |
| | David A. Nilsen, DBA Cedar Funding - General Account | 701-2195967 | Opening-Aug 2006, Nov 2007-June 2008 |
| | David A Nilsen | 1170373591 | Opening-Dec 2006, March 2007, Jan-June 2008 |
| | David A Nilsen | 1170373664 | Opening-Dec 2006, March 2007, Jan-June 2008 |
| | River Grove Resort LLC | 883-6013857 | Opening-Sept 2007, Nov 2007-June 2008 |
| Bank of America | Cedar Funding Escrow Trust Account | 0081040421 | Opening-Dec 2005, Jan-June 2008 |
| | Cedar Funding General Account | 0081040407 | Opening-Dec 2005, Jan-June 2008 |
| | North First & Greenfield, LLC | 23356-60911 | Opening-June 2007, Jan-June 2008 |
| Fremont Bank | David A Nilsen | 6944175 | Opening-Feb 2003, Sept 2003-Dec 2005, June 2007, Jan-June 2008 |
| | David A Nilsen DBA Cedar Funding - Trust Account | 14801043 | Opening-March 2003, Sept 2003-Dec 2005, Jan-June 2008 |

| Bank Name | Account Name | Account # | Time Period/Documents Requested |
|---|---|---|---|
| **Monterey County Bank** | Accustom Development LLC | 9451800001 | Opening-Aug 2006, Nov 2006-May 2007, July-Aug 2007, Oct 2007, April-June 2008 |
| | Accustom Development LLC | 9451820001 | Opening-Dec 2005, Feb-Aug 2006, Oct 2006-July 2007, Oct-Dec 2007, Feb 2008, April-June 2008 |
| | Accustom Development LLC | 9455120001 | Opening-Dec 2007, Feb-June 2008 |
| | David A Nilsen - Angela Nilsen | 945108000 | Opening-March 2007, Aug 2007-June 2008 |
| | David A Nilsen - Angela Nilsen | 9445500001 | Opening-February 2006, July 2006-June 2008 |
| | David A Nilsen - Angela Nilsen | 9451080001 | Opening-June 2006, Oct 2006, Jan 2007, May 2007, July 2007, Oct 2007, March-June 2008 |
| | David A Nilsen - Angela Nilsen DBA Cedar Funding | 9445520001 | Opening-Jan 2005, April 2005, June-Aug 2005, Oct-Nov 2005, April 2006-June 2008 |
| | David A Nilsen DBA Cedar Funding | 107578 | Opening-Nov 2007, Jan-June 2008 |
| | David A Nilsen DBA Cedar Funding | 107579 | Opening-June 2007, Sept 2007-June 2008 |
| | David A Nilsen DBA Cedar Funding | 1037528 | Jan 2003-Dec 2005, Jan 2008, March-June 2008 |
| | David A Nilsen DBA Cedar Funding | 1037536 | Jan 2003-Dec 2005, Jan-June 2008 |
| | David A Nilsen DBA Cedar Funding | 1121472 | Opening-Feb 2004, April 2004-Jan 2006, March 2006-June 2008 |
| | David A Nilsen DBA Regency Theatre c/o Cedar Funding | 1042297 | Opening-Sept 2005, Nov 2005, March-April 2006, Jan-June 2008 |
| | David A. Nilsen - DBA Cedar Funding - Hatton Rd Project | 1038842 | Opening-Jan 2006, March 2006-June 2008 |
| **Umpqua Bank** | David Nilsen - Angela Nilsen | 990603169 | Opening-Aug 2006, Oct-Dec 2007, Feb-July 2007, Sept 2007-June 2008 |
| | David Nilsen - Angela Nilsen | 1700002940 | Opening-Dec 2005, Jan 2007-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10481 | Opening-Dec 2005, March-June 2006, March-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667007 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667011 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667012 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667015 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667016 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David A Nilsen, Sr. | 10667017 | Opening-July 2006, June-Sept 2007, Nov 2007, Jan-June 2008 |
| | James M Ellis - David Nilsen | 10667006 | Opening-May 2006, June 2007-June 2008 |
| | James M Ellis - David Nilsen | 10667009 | Opening-July 2006, Oct 2006-June 2008 |
| | James M Ellis - David Nilsen | 10667010 | Opening-July 2006, June 2007-June 2008 |
| | James M Ellis - David Nilsen | 10667019 | Opening-July 2006, June 2007-Sept 2007, Nov 2007, Jan-June 2008 |
| **Washington Mutual** | David A. Nilsen | 866-163365-8 | Opening-July 2007, Dec 2007-June 2008 |
| | Unknown | Ends in 5266 | Opening-July 2007, Dec 2007-June 2008 |

Requesting Records from January 1, 2003 to present

# COURT SERVICE LIST

Nanette Dumas
Office of United States Trustee-San Jose
280 South First Street, Room 268
San Jose, CA 95113

Charles E. Logan, Esq.
Susan B. Luce, Esq.
Law Offices of Charles E. Logan
95 S Market St. #660
San Jose, CA 95113

David A. Nilsen
320 W. Alisal Street
Salinas, CA 93901

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater, LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105