# United States Bankruptcy Court
# Northern District of California

IN RE:  
Cedar Funding, Inc.  
Debtor(s)

Case No. **08-52709 MM**  
Chapter **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Lawrence A. Weingarten<br>Suzanne Weingarten<br>P. O. Box 928<br>Monterey, CA 93942 | | CFI Investor Claim | Contingent Unliquidated Disputed | 4,733,000.00 |
| Steven M. Weingarten<br>31851 N. Mitchell Creek<br>Ft. Bragg, CA 95437 | | CFI Investor Claim | Contingent Unliquidated Disputed | 3,573,000.00 |
| Bruce D. Weingarten<br>4135 Crest Rd.<br>Pebble Beach, CA 93953-3008 | | CFI Investor Claim | Contingent Unliquidated Disputed | 3,461,000.00 |
| Esin Voskay<br>34 Miramonte Rd<br>Carmel Valley, CA 93924 | | CFI Investor Claim | Contingent Unliquidated Disputed | 2,300,000.00 |
| Ben Compagno<br>Deborah Compagno<br>27853 Crowne Point Drive<br>Salinas, CA 93908 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,585,000.00 |
| Anthony Foux<br>Claudia Kahn<br>1701 Mandeville Cyn Rd<br>Los Angeles, CA 90049 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,315,000.00 |
| Charles R. Smith, Jr and/or<br>Isabelle C Smith<br>200 Glenwood Circle # E 7<br>Monterey, CA 93940 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,200,000.00 |
| Antonio Flores and/or<br>Debora Flores<br>2 Dorey Way<br>Monterey, CA 93940 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,180,000.00 |
| David Salehinia,<br>7240 Lotus Way<br>Aptos, CA 95003 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,073,000.00 |
| Jan T. Swanberg<br>Elsy M. Swanberg<br>627 Hight St<br>Santa Cruz, CA 95060 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,059,000.00 |
| Mark D. Bartindale and/or<br>Barbara L. Bartindale<br>33 Asoleado<br>Carmel Valley, CA 93924 | | CFI Investor Claim | Contingent Unliquidated Disputed | 1,017,500.00 |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Creditor | Claim Type | Status | Amount |
|---|---|---|---|
| Sandra J. Still<br>1513 Vallejo Street<br>Seaside, CA 93955 | CFI Investor Claim | Contingent Unliquidated Disputed | 1,010,000.00 |
| David P. Rauen and/or<br>Ann E. Rauen<br>228 Oxford Way<br>Santa Cruz, CA 95060-6449 | CFI Investor Claim | Contingent Unliquidated Disputed | 950,000.00 |
| Pensco Trust Co Custodian fbo<br>Dennis H. Kuchta Acct# Ku1Bm<br>P.O. Box 26903<br>San Francisco, CA 94126 | CFMF Investor Claim | Contingent Unliquidated Disputed | 929,255.08 |
| Catherine C. Lau<br>24639 Cabrillo St<br>Carmel, CA 93923 | CFI Investor Claim | Contingent Unliquidated Disputed | 885,000.00 |
| James R. Thorsen and/or<br>Diana Thorsen<br>P. O. Box 52124<br>Pacific Grove, CA 93950 | CFMF Investor Claim | Contingent Unliquidated Disputed | 806,330.24 |
| Mal Bon Bauerschmidt<br>1131 10Th Street<br>Monterey, CA 93940 | CFI Investor Claim | Contingent Unliquidated Disputed | 800,000.00 |
| Harry McMurray<br>Kristen McMurray<br>1245 Aguajito Rd<br>Monterey, CA 93940 | CFI Investor Claim | Contingent Unliquidated Disputed | 795,000.00 |
| Garden Of Memories Mem. Park<br>768 Abbott St<br>Salinas, CA 93901 | CFI Investor Claim | Contingent Unliquidated Disputed | 794,000.00 |
| Daniel R. Bierman Sr<br>201 Ohua Avenue<br>Honolulu, HI 96815 | CFI Investor Claim | Contingent Unliquidated Disputed | 791,500.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

R. Todd Neilson, duly-appointed chapter 11 trustee ("Trustee"), files this list pursuant to 11 U.S.C. section 1106(a)(2), and executes the same based on the records made available to him by the debtor. The Trustee makes no representation or warranty as to the accuracy or completeness of the information contained herein, and expressly reserves the right to correct, supplement or amend said information.

I, [the president or other officer or an authorized agent of the corporation][or a member or authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/24/08    Signature: /s/ R. Todd Neilson

R. Todd Neilson, Chapter 11 Trustee of Cedar Funding, Inc.
Print Name and Title

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS