FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC.,<br><br>　　　Debtor. | Case No. 08-52709 MM<br><br>Chapter 11<br><br>**DECLARATION OF R. TODD NEILSON IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING EXAMINATION OF STEVE POLETTI AND REQUIRING PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

I, R. Todd Neilson, declare:

　　　　1.　　I am the Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case for Cedar Funding, Inc. (the "Debtor"). Except as otherwise indicated, I have personal knowledge of the facts stated in this declaration, and if called to testify, could and would competently testify thereto.

　　　　2.　　I submit this declaration in support of the accompanying motion for an order pursuant to Bankruptcy Rule 2004 authorizing examination of Steve Poletti and requiring the production of documents as set forth on <u>Exhibit A</u> attached to the motion.

3. My advisors and I are in the process of examining the books and records of the Debtor. Based on the Debtor's records, it is apparent that that the Debtor employed Steve Poletti. I believe that, among other responsibilities, Steve Poletti held the position of Vice President and Broker Associate.

4. I believe that an examination of Steve Poletti and records in his possession is necessary in order to investigate the financial affairs of the Debtor and related entities.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on November 26, 2008.


By: */s/R. Todd Neilson*
      R. Todd Neilson