FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

The following constitutes
the order of the court. Signed December 02, 2008

_____
Marilyn Morgan
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-52709 MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | ORDER AUTHORIZING EXAMINATION OF STEVE POLETTI AND REQUIRING PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 |

The Court, having reviewed the Trustee's Motion for Order Authorizing Examination of Steve Poletti and Requiring Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") filed November 26, 2008 by R. Todd Neilson, the Chapter 11 Trustee ("Trustee") in the above-captioned bankruptcy case; it appearing that notice of the Motion was sufficient under the circumstances; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Trustee is authorized through his counsel to serve a subpoena in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure for the examination of Steve Poletti and the production of documents.

3. Steve Poletti shall produce documents described in <u>Exhibit A</u> to the Motion to the office of Friedman Dumas & Springwater LLP on such date as may be specified in a subpoena issued in furtherance of this Order.

4. Steve Poletti shall appear for oral examination on such date and time, at a location within the Northern District of California, San Jose Division of this Court, as may be specified in a subpoena issued in furtherance of this Order.

***END OF ORDER***

# COURT SERVICE LIST

Nanette Dumas
Office of United States Trustee-San Jose
280 South First Street, Room 268
San Jose, CA 95113

Susan B. Luce, Esq.
Law Offices of Charles E. Logan
95 S Market St. #660
San Jose, CA 95113

Aron M. Oliner
Duane Morris, LLP
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105

Steve Poletti
26040 Dougherty Place
Carmel, CA 93923

Steve Poletti
P.O. Box 2923
Carmel, CA 93921

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater, LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105