| | |
|---|---|
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>CECILY A. DUMAS (S.B. NO. 111449)<br>33 New Montgomery Street, Suite 290<br>San Francisco, CA 94105<br>Telephone Number: (415) 834-3800<br>Facsimile Number: (415) 834-1044<br><br>Attorneys for R. Todd Neilson,<br>Chapter 11 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC.,<br><br>Debtor. | Case No. 08-52709 CN<br><br>(Consolidated with Case No. 08-53670 CN)<br><br>Chapter 11<br><br>**BALLOT TABULATION REGARDING VOTES CAST ON JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY R. TODD NEILSON, CHAPTER 11 TRUSTEE, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED DECEMBER 21, 2010; DECLARATION OF VICTORIA DORAN IN SUPPORT THEREOF**<br><br>Plan Confirmation Hearing:<br>Date: February 17, 2011<br>Time: 11:00 a.m.<br>Dept.: Courtroom 3070<br>      280 S. First Street<br>      San Jose, CA 95113<br><br>Judge: Hon. Charles Novack |

R. Todd Neilson, chapter 11 trustee (the "Trustee") for the bankruptcy estates of Cedar Funding, Inc. and Cedar Funding Mortgage Fund, LLC, debtors in the substantively consolidated Chapter 11 Cases (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and together with the Trustee, the "Proponents"), hereby submit the following ballot tabulation regarding the votes cast in connection with their Joint Chapter 11 Plan of Liquidation Proposed By R. Todd Neilson, Chapter 11 Trustee, and the Official Committee of Unsecured Creditors Dated December 21, 2010 (the "Plan").

Pursuant to this Court's Order approving the disclosure statement and setting dates for confirmation hearing with respect to the Plan, February 2, 2011 was the last day for ballots to be received by LECG, LLP accepting or rejecting the Plan. Classes 3 and 4 were the only classes entitled to vote on the Plan, as all other classes were either presumed to have accepted the plan, or were not entitled to vote for the reasons stated on pages 7-9 of the disclosure statement.

The charts attached to the Declaration of Victoria Doran, filed herewith, contain a summary of all ballots cast by persons or entities claiming membership in Classes 3 and 4 under the Plan.

Dated: February 14, 2011     FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Cecily A. Dumas*
Cecily A. Dumas