Aron M. Oliner (SBN 152373)
Geoffrey A. Heaton (SBN 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC. and<br>CEDAR FUNDING MORTGAGE FUND, LLC,<br><br>Debtors. | Case Nos. 08-52709 CN and 08-53670 CN<br><br>Chapter 11<br><br>(Substantively Consolidated)<br><br>**EX PARTE APPLICATION UNDER RULE 2004(a) AND (c) FOR ORDER OF EXAMINATION OF SCOTT D. MCKINLAY** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

The Official Committee of Unsecured Creditors ("Applicant"), respectfully represents:

1. Scott D. McKinlay ("McKinlay") is the Court approved real estate adviser to chapter 11 trustee R. Todd Neilson ("Trustee").

2. Applicant has objected to McKinlay's pending fee applications in these cases, and has questions about the nature and extent of the services for which McKinlay seeks compensation.

DM3\1718412.1 R1427/00001

1

**EX PARTE** APPLICATION UNDER RULE 2004(a) AND (c) FOR ORDER OF EXAMINATION OF SCOTT D. MCKINLAY
(CASE NOS. 08-52709 CN AND 08-53670 CN)

Case: 08-52709    Doc# 1514    Filed: 03/02/11    Entered: 03/02/11 08:23:55    Page 1 of 2

3. Applicant desires to examine McKinlay concerning the acts, conduct and property of the captioned debtors, including, in particular, the nature and extent of McKinlay's services as real estate adviser to the Trustee.

4. Applicant requests that this Court order McKinlay to appear personally for oral examination concerning the above matters. Such examination will be recorded by stenographic means and will continue day to day until concluded.

5. This Application is made pursuant to Bankruptcy Rule 2004(a) and (c).

**WHEREFORE**, Applicant prays that this Court enter an order directing McKinlay to appear for the purpose of examination at the law offices of Duane Morris LLP, located at One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127, on **March 14, 2011 at 10:00 a.m.**

Dated: March 2, 2011

**DUANE MORRIS LLP**

By: /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

DM3\1718412.1 R1427/00001

2

**EX PARTE** APPLICATION UNDER RULE 2004(a) AND (c) FOR ORDER OF EXAMINATION OF SCOTT D. MCKINLAY
(CASE NOS. 08-52709 CN AND 08-53670 CN)

Case: 08-52709   Doc# 1514   Filed: 03/02/11   Entered: 03/02/11 08:23:55   Page 2 of 2