1 | FRIEDMAN DUMAS &
    SPRINGWATER LLP
2 | CECILY A. DUMAS (S.B. NO. 111449The following constitutes
    33 New Montgomery Street, Suite 290 the order of the court. Signed March 31, 2011
3 | San Francisco, CA 94105
    Telephone Number: (415) 834-3800
4 | Facsimile Number: (415) 834-1044
    cdumas@friedumspring.com

_____
Charles Novack
U.S. Bankruptcy Judge
_____

5 |
6 | Attorneys for Chapter 11 Trustee,
    R. Todd Neilson

7 | DUANE MORRIS LLP
    ARON M. OLINER (S.B. No. 152373)
8 | One Market Plaza, Spear Tower
    Suite 2200
9 | San Francisco, CA 94105
    Telephone Number: (415) 957-3104
10 | Facsimile Number: (415) 520-5308
     roliner@duanemorris.com
11 |
12 | Attorneys for Official Committee of
     Unsecured Creditors

13 | UNITED STATES BANKRUPTCY COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | SAN JOSE DIVISION

16 |

17 | In re | Chapter 11 Cases

18 | CEDAR FUNDING, INC., a California | Case. No. 08-52709 and 08-53670
     corporation, CEDAR FUNDING | (Substantively Consolidated)
19 | MORTGAGE FUND, a California limited
     liability company, | **ORDER CONFIRMING JOINT**
20 | | **CHAPTER 11 PLAN OF LIQUIDATION**
     Debtors. | **PROPOSED BY R. TODD NEILSON,**
21 | | **CHAPTER 11 TRUSTEE, AND THE**
     | **OFFICIAL COMMITTEE OF**
22 | | **UNSECURED CREDITORS DATED**
     | **DECEMBER 21, 2010, AS AMENDED**
23 | | **FEBRUARY 14, 2011**

24 |
25 | | Date: February 17, 2011
     | Time: 11:00 a.m.
26 | | Dept.: Courtroom 3070
     | 280 S. First Street
     | San Jose, CA 95113
27 |
     | Judge: Hon. Charles Novack
28 |

1     A hearing was held before this Court on February 17, 2011 (the "Confirmation

2   Hearing") to consider confirmation of the *Joint Chapter 11 Plan of Liquidation Proposed by*

3   *R. Todd Neilson, Chapter 11 Trustee, and the Official Committee of Unsecured Creditors*

4   *dated December 21, 2010, as Amended February 14, 2011* [Docket No. 1496] (the "Plan").

5   For the reasons stated generally on the record, and as more fully set forth in the *Findings of*

6   *Fact and Conclusions of Law in Support of Joint Chapter 11 Plan Proposed by R. Todd*

7   *Neilson, Chapter 11 Trustee, and the Official Committee of Unsecured Creditors dated*

8   *December 21, 2010, as Amended February 14, 2011*, and good cause appearing therefor,

9     IT IS HEREBY ORDERED:

10    1.    The Plan is confirmed.

11    2.    The injunction described in Article 7.3 is granted against the persons described

12   therein, including, without limitation, the entities presently known to the Plan Proponents

13   identified in <u>Exhibit A</u> to this Order.

15   *Referenced Exhibit A  filed on 3/15/11 as ECF Docket No. 1527*

17         \*\*\* END OF ORDER \*\*\*

| | |
|---|---|
| 1 | <u>**COURT SERVICE LIST**</u> |
| 2 | Cecily Dumas, Esq. |
| | Friedman Dumas & Springwater LLP |
| 3 | 33 New Montgomery Street, Suite 290 |
| | San Francisco, CA  94105 |
| 4 | |
| | Nanette Dumas |
| 5 | Office of United States Trustee-San Jose |
| | 280 South First Street, Room 268 |
| 6 | San Jose, CA  95113 |
| 7 | (Counsel for Creditors Committee) |
| | Aron M. Oliner, Esq. |
| 8 | Duane Morris LLP |
| | One Market Plaza |
| 9 | Spear Street Tower, Suite 2000 |
| | San Francisco, CA 94105 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |