

JEFFER MANGELS BUTLER
 & MITCHELL LLP
RICHARD A. ROGAN
 (Bar No. 67310), rar@jmbm.com
BENNETT G. YOUNG
 (Bar No.106504) byoung@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:	(415) 398-8080
Facsimile:	(415) 398-5584

Counsel to Russell K. Burbank,
PLAN ADMINISTRATOR

The following constitutes
the order of the court. Signed April 28, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC., a California corporation, CEDAR FUNDING MORTGAGE FUND, a California limited liability company,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-52709 and 08-53670 (Substantively Consolidated)<br><br>**ORDER AUTHORIZING PLAN ADMINISTRATOR TO SELL NOTES AT SEALED BID AUCTION**<br><br>**No Hearing Requested** |

On the basis of the *Amended Notice of Plan Administrator's Intention to Sell Notes At Sealed Bid Auction* (the "Notice") [Docket No. 2088] filed herein on April 11, 2014, by Plan Administrator Russell K. Burbank ("Plan Administrator") pursuant to the Court's *Order Approving Procedures for: (1) Real Property Sales and the Payment of Closing Costs and Reimbursements, Including Brokerage Commissions; (2) Loan Payoffs and Reconveyances; (3) Related Compromises; (4) the Making of Secured Advances; and (5) Loan Collection, Administration, and Enforcement, Including Foreclosures, Forbearances, and Deeds in Lieu* (the "Procedures Order")

[Docket No. 990], the *Joint Chapter 11 Plan of Liquidation Proposed by R. Todd Neilson, Chapter 11 Trustee, and the Official Committee of Unsecured Creditors Dated December 21,2010, as Amended February 14, 2011* (the "Plan") [Docket No. 1496] and the *Order Confirming Joint Chapter 11 Plan of Liquidation Proposed by R. Todd Neilson, Chapter 11 Trustee, and the Official Committee of Unsecured Creditors Dated December 21,2010, as Amended February 14, 2011* (the "Confirmation Order") [Docket No. 1539],

**THE COURT FINDS THAT:**

A. Notice of the proposed sealed bid auction and of the opportunity to be heard thereon was proper and adequate.

B. No objections to the proposed sealed bid auction have been filed.

Based on the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The notice of the proposed sealed bid auction and of the opportunity to be heard thereon is approved as proper and adequate under the circumstances.

2. The Plan Administrator is authorized pursuant to the Procedures Order to conduct a sealed bid auction of the notes and judgments listed on Exhibit A hereto. The Plan Administrator is authorized to enter into a contract to sell such notes and judgments to the highest bidder at the sealed bid auction and is authorized to perform his obligations under such contract and to execute such other related documents that are reasonably necessary or appropriate to complete the sale and to take such other and further actions as may be necessary and appropriate to effect the transaction described in the Notice.

3. This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rules 6004(h) or 6006(d), applies with respect to this Order.

4. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and the purchase agreement, all amendments thereto, any waivers and consents thereunder, and each of the documents executed in connection therewith in all respects, including retaining jurisdiction to resolve any disputes arising under or related to the purchase

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP

SF 1889560v2

1 agreement.

2    5. The purchase agreement and any related documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by both parties without further order of the Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the bankruptcy estate.

**\*\*\*END OF ORDER\*\*\***

# EXHIBIT A

# Cedar Funding Bulk Sale List
## Lot One

| Cedar Funding Loan No. | CFI Mortgage Position | Application Balance (Original) | Prior Mortgage Holder(s) | Property Street Address | Property City | Borrower | Production | Nature of Property | APN | Anticipated Estimate Value | Investor(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5302 | Second | 516,601 | Auf Der Maur/Rickenbach Trusts | 3 Wyoming St | Pleasanton, CA 94588 | Cedar Funding | 512,000 | Land | 946-4542-2 | Not available | No investors |
| 5303 | Second | 250,000 | Fremont Investment & Loan | 396 Corral De Tierra | Salinas, CA 93908 | Schmidt | 750,000 | Completed home | 416-403-007 | 810,252 | No investors |
| 5339 | Second | 315,000 | Bank of America | 815 Alice St, Unit A, B & C | Monterey, CA 93940 | Cryan | 735,000 | Completed homes | 001-189-023 | 761,876 | One investor (Timothy R. Gill, 100.0000%); no assignment appears to have been recorded |
| 5359 | Second | 125,000 | New Century Mortgage Corp. | 125 Stratford Drive | Watsonville, CA 95076 | Miyazaki | 344,250 | Completed homes | 051-302-13 | 492,221 | Assignments avoided 2/7/2014 |
| 5381 | Second | 338,500 | Deutsche Bank | 12465 Saddle Road | Carmel Valley, CA 93924 | Crosby | 540,000 | Home | 416-063-002 | 669,069 | Assignments avoided 2/7/2014 |
| 5385 | Second | 1,100,000 | Lynda E. Bryson | | Desert Hot Springs, CA 92241 | Legacy | 48,500 | Land | 750-250-004-9 750-250-005-0 | Not available | Assignments avoided 2/7/2014 |
| 5406 | Second | 318,500 | Indymac Bank | 6 Deer Forest Drive | Monterey, CA 93940 | Sardina, II | 650,000 | Completed home | 101-291-006-000 | 962,199 | Assignments avoided 2/7/2014 |
| 5428 | Second | 3,500,000 | Wafick F. Zaky & Amal Y. Zaky | | Desert Hot Springs, CA 92240 | Britanny West, LLC | 3,600,000 | Land | 644-100-001-6 | Not available | Assignments avoided 2/7/2014 |
| 5482 | Second | 517,050 | Central Coast Federal Credit | 6 Holding Field Run | Carmel, CA 93923 | Ataide | 630,000 | Land | 239-101-027-000 | Not available | One investor (Lawrence A. Weingarten, 69.626% [settled]); no assignment appears to have been recorded |
| 5484 | Third | 50,000 | Countywide Home Loans, Inc. | 1021 Olmstead Ave | Pacific Grove, CA 93950 | Martin | 1,063,730 | Completed home | 006-702-014-000 | 779,176 | No investors |
| 5524 | Second | 429,500 | Residential Mortgage Capital | 509 Grandview Road | Sebastopol, CA 95472 | Yates | 628,000 | Completed home | 077-120-023-000 | 861,965 | Assignments avoided 2/7/2014 |
| 5533 | Second | 1,055,000 | Washington Mutual Bank | 3150 Lake Drive | Marina, CA 93933 | Gokey | 468,750 | Home | 033-131-022 | 430,131 | Assignments avoided 2/7/2014 |

DISCLAIMER: Although the Cedar Funding Plan Administrator has made every effort to ensure the correctness of the information in this chart, he makes no representations, guarantees, or warranties as to its accuracy, completeness, or currentness.

| Cedar Funding Loan No. | Original Mortgage Position | CFI Loan Balance (Original) | Senior Mortgage Holder(s) | Property Street Address | Property City | Borrower | Property Status | Investor Status |
|---|---|---|---|---|---|---|---|---|
| 4-4424C | Third | 150,000 | Pacific Bank/Stan Shore | 31280 Chualar Canyon Rd. | Chualar, CA 93925 | Gillott | Lost to foreclosure by senior lender | One investor (David Thorngate, 100%); no assignment appears to have been recorded |
| 4-4465 | Fourth | 626,500 | Stan Shore | 31280 Chualar Canyon Rd. | Chualar, CA 93925 | Gillott | Lost to foreclosure by senior lender | Eight investors (one totaling 1.596% [settled]; seven others totaling 79.25%); no assignment appears to have been recorded |
| 4857-5 | Second | 4,000,000 | Dooda Limited Partnership | Coppercove Drive | Copperopolis, CA 95228 | Nilsen | Lost to foreclosure by senior lender | Eight investors (two totaling 36.250% [settled]; six others totaling 28.640%); no assignment appears to have been recorded |
| 4961-1 | Third | 200,000 | Capital Alliance Funding Corp. | 175 Chaparral Road | Carmel Valley, CA 93924 | Ricketts | Lost to foreclosure by senior lender | No investors |
| 4632 | Second | 1,925,430 | GMAC | 603 Belavida | Monterey, CA 93940 | Nilsen | Lost to foreclosure by senior lender | Ten investors (five totaling 15.219% [settled]; five others totaling 9.706%); no assignment appears to have been recorded |
| 4954 | Second | 333,540 | New Haven Financial, Inc. | 10 Melway Circle | Monterey, CA 93940 | Aliotti | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 |
| 4961 | Second | 1,320,320 | Capital Alliance Funding Corp. | 175 Chaparral Road | Carmel Valley, CA 93924 | Ricketts | Lost to foreclosure by senior lender | No investors |
| 4967 | Third | 55,000 | Wachovia | 2050 Via Taormina | Monterey, CA 93940 | Errico | Lost to foreclosure by senior lender | No investors |
| 5155 | Second | 60,000 | Washington Mutual | 18624 Murphy Hill Road | Aromas, CA 95004 | Gilmour | Lost to foreclosure by senior lender | Three investors (David Salehinia, 41.677% [settled]; Josephine R. Lint, 33.333%; Tamar Dolwig, 25.000%); no assignment appears to have been recorded |
| 5167 | Second | 245,230 | World Savings Bank | 1960 Rocky Ridge Rd | Morgan Hills, CA 95037 | Holmes | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 |
| 5173 | Second | 455,000 | First Financial Equities, Inc. | 41095 Highway One | Monterey, CA 93940 | Butzlaff | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 except w/r/t Catherine Lau (3.297%) and Ruth Watkins (4.396%) |
| 5213 | Second | 455,000 | Norman Dean Lee & Patsy Lou Lee | | Cathedral City CA 92234 | Goodell | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 |
| 5222 | Second | 828,000 | Yatindra & Randy Sahae, Trustees | 29 Los Robles | Carmel, CA 93923 | Ricketts | Lost to foreclosure by senior lender | Thirteen investors (nine totaling 66.304% [settled]; four others totaling 32.005%); no assignment appears to have been recorded |
| 5276 | Second | 1,125,299 | Washington Mutual | 1047 Lost Barranca Road | Pebble Beach, CA 93953 | Sinacori | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 |
| 5306 | Third | 1,545,000 | Alliance Bankcorp. (Countrywide) | 26193 Paseo Del Sur | Monterey, CA 93940 | Sillman | Lost to foreclosure by senior lender | Three investors (David W. Cooper, 6.472%; Lawrence W. Riddell, 6.472%; Selene Olms, 2.913% [settled]); no assignment appears to have been recorded |
| 5309 | Second | 969,000 | | Sunrise Way | Palm Springs, CA 92253 | Skordoulis | Lost to foreclosure by senior lender | Six investors (two totaling 37.358% [settled]; four others totaling 62.643%); no assignment appears to have been recorded |
| 5323 | Second | 1,310,000 | Umpqua Bank | Ophir Road | Oroville, CA 95965 | Gill | Lost to foreclosure by senior lender | Assignments avoided 2/7/2014 |
| 5335 | Second | 5,000,000 | Umpqua Bank | APN #061-025-036 | Copperopolis, CA | Nilsen | Lost to foreclosure by senior lender | Twenty-five investors (thirteen totaling 49.860% [settled]; twelve others totaling 27.498%); no assignment appears to have been recorded |
| 5425 | Second | 700,000 | Fidelity Mortgage Lenders | Lots 59 & 60 of Desert Retreat Estates | Cathedral City CA 92234 | Britanny West, LLC | Lost to foreclosure by senior lender | Eleven investors (two totaling 25.000% [settled]; nine others totaling 75.000%); no assignment appears to have been recorded |
| 5432 | Fourth | 75,000 | Monterey County Bank | 417 Alvarado St. | Monterey, CA 93940 | Dewey | Lost to foreclosure by senior lender | No investors |
| 5436 | Second | 1,218,000 | Capital Alliance Funding Corp. | SW Corner 4th & Monte Verde | Carmel, CA 93923 | Malek | Lost to foreclosure by senior lender | Eighteen investors (eight totaling 53.408% [settled]; ten others totaling 44.418%); no assignment appears to have been recorded |
| 5519 | Second | 668,250 | | 243 Main Street | Sacramento, CA 95838 | Lane | Lost to foreclosure by senior lender | One investor (Philip Kok-Kin Wong, 17.658% [settled]); no assignment appears to have been recorded |
| 5526 | Second | 35,000 | Countrywide Home Loans, Inc. | 36 Nacional St | Salinas, CA 93901 | Verania | Lost to foreclosure by senior lender | No investors |
| 5527 | Second | 75,000 | All American Loans/Stephen C. Wong | 1442 Azalea Ave | Mckinleyville, CA 95519 | Malone | Lost to foreclosure by senior lender | Two investors (Gray N. Smith, 33.333% [settled]; Pierre Vercammen, 66.667%); no assignment appears to have been recorded |
| 5553 | Second | 801,155 | M. Lewis Inc | 49015 Road 426 (Victoria Lane) | Oakhurst, CA 93644 | Elderberry Heights | Lost to foreclosure by senior lender | Six investors (two totaling 26.212% [settled]; four others totaling 49.928%); no assignment appears to have been recorded |
| 5559 | Unsecured | 30,000 | | 53 Alta Mesa Ct | Monterey, CA 93940 | Potter | Unsecured note | No investors |

DISCLAIMER: Although the Cedar Funding Plan Administrator has made every effort to ensure the correctness of the information in this chart, he makes no representations, guarantees, or warranties as to its accuracy, completeness, or currentness.

# Cedar Funding Bulk Sale List
## Lot Three

| Cedar Funding Mortgage Position | CFI Loan Balance (Column) | Prior Mortgage Holder(s) | Property Street Address | Property City | Borrower | Foreclosure/Property Status | Nature of Interest | Investor Status |
|---|---|---|---|---|---|---|---|---|
| 5224 | Third | 6,500,000 | Calliance Realty Fund, LLC; Brian Pfleger | APN #082-240-14 | Los Banos, CA 93635 | Mercy Spring Road, Inc. | Lost to foreclosure by senior lender | Judgment against Mercy Spring Road in the approximate principal amount of $14.5 million | Seven investors (four totaling 15.630% [settled]; three others totaling 8.077%); no assignment appears to have been recorded |
| 5539 | Second | 1,400,000 | Santa Barbara Bank (Pacific Capital Bank) | 805 Tesoro Court | Monterey, CA 93940 | SP Investments, LLC | Lost to foreclosure by senior lender | Judgment against SP Investments in the approximate principal amount of $2.8 million | Seven investors (five totaling 28.499% [settled]; two others totaling 22.359%); no assignment appears to have been recorded |

DISCLAIMER: Although the Cedar Funding Plan Administrator has made every effort to ensure the correctness of the information in this chart, he makes no representations, guarantees, or warranties as to its accuracy, completeness, or currentness.

## COURT SERVICE LIST

### INVESTORS

| | |
|---|---|
| David Thornegate and/or Mary Ann Thornegate<br>8 Cielo Vista Pl.<br>Monterey, CA 93940 | James M. Hage<br>816 Columbia Ave.<br>Salinas, CA 93901 |
| Pensco Trust Co. Custodian Fbo<br>Marvin L. Swanson Acct #Sw048<br>P.O. Box 26903<br>San Francisco, CA 94126 | Kenneth R. Frost<br>107 Strawberry Road<br>Watsonville, CA 95076 |
| Gerd Jensen<br>3061 Seminole Drive<br>Redding, CA 96001 | Erna H. Morris<br>401 Bishop Ave<br>Pacific Grove, CA 93950 |
| Pensco Trust Co Custodian Fbo<br>Kristen Ramsden Acct # Ra1Ee<br>P.O. Box 26903<br>San Francisco, CA 94126 | Pensco Trust Co Custodian Fbo<br>Marc Waldroup Acct # Wa1Hw<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| Pensco Trust Co Custodian Fbo<br>John M. Waldroup Acct #Wa1Hv<br>P.O. Box 26903<br>San Francisco, CA 94126 | David Salehinia<br>7240 Lotus Way<br>Aptos, CA 95003 |

| # | | |
|---|---|---|
| 1 | Tamar Dolwig<br>127 Vista Mar Ct.<br>Aptos, CA  95003 | Josephine R. Lint<br>3001 Ellen Ct.<br>Marina, CA  93933 |
| 2 | | |
| 3 | Catherine C. Lau<br>24639 Cabrillo St.<br>Carmel, CA  93923 | Ruth A. Watkins and/or Nikki L. Watkins<br>2435 Felt St #38<br>Santa Cruz, CA  95062 |
| 4 | | |
| 5 | Selene Olms<br>15460 Weather Rock Way<br>Salinas, CA  93908 | David W. Cooper<br>1225 Hilby Ave<br>Seaside, CA  93955 |
| 6 | | |
| 7 | Lawrence W. Riddell<br>6 Osio Way<br>Del Rey Oaks, CA  93940 | Timothy R. Gill<br>Laura M. Wilkinson<br>1234 Mission Canyon Road<br>Santa Barbara, CA  93105 |
| 8 | | |
| 9 | | |
| 10 | Richard L. Blanding<br>21 Marvin Ave<br>Los Altos, CA  94022 | Blake Cesarin<br>343 Soquel Ave, Suite 155<br>Santa Cruz, CA  95062 |
| 11 | | |
| 12 | John E. Ballard<br>Shelley L. Ballard<br>19031 Beatrice Dr<br>Salinas, CA  93907 | Joan Giguiere<br>P.O. Box 22994<br>Carmel, CA  93922 |
| 13 | | |
| 14 | Renate Howells Hambrook<br>475 Washington St.<br>Monterey, CA  93940 | Ignacio Gomez Hernandez<br>Maria Gomez Hernandez<br>455 Ramona, #28<br>Monterey, CA  93940 |
| 15 | | |
| 16 | | |
| 17 | Patrick J. Iman<br>14790 Carnegie Rd<br>Magalia, CA  95954 | William C. Jackson and/or Frieda Jackson<br>P.O. Box 846<br>Castroville, CA  95012 |
| 18 | | |
| 19 | W.E. Jordan<br>13905 Preston Valley Pl.<br>Dallas, TX  75240 | Cyd Love<br>1121 Hellam St.<br>Monterey, CA  93940 |
| 20 | | |
| 21 | Ernest Oliver Lucero<br>2460 Ascot Way<br>Union City, CA  94587 | Inge Fitzpatrick<br>9500 Center St #48<br>Carmel, CA  93923 |
| 22 | | |
| 23 | James M. Hage<br>816 Columbia Ave<br>Salinas, CA  93901 | B.T. & Ruth Kellogg<br>1416 Sumac Way<br>Salinas, CA  93905 |
| 24 | | |
| 25 | B.T. Kellogg and Ruth Kellogg<br>1416 Sumac Way<br>Salinas, CA  93905 | John Middleton<br>P.O. Box 40<br>Jenner, CA  94550 |
| 26 | | |
| 27 | | |
| 28 | | |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

| | |
|---|---|
| Pensco Trust Co Custodian Fbo<br>Ali Rodgers Acct #Ro1Ed<br>P.O. Box 26903<br>San Francisco, CA 94126 | Cherie J. Thibodeaux<br>24694 Santa Rita St<br>Carmel, CA 93923 |
| Steven M. Weingarten<br>31851 N. Mitchell Creek<br>Ft. Bragg, CA 95437 | Virginia D'Antoni<br>1006 Pacific Grove Ln #5<br>Pacific Grove, CA 93950 |
| Jean M. Duff<br>2975 Quarry Road<br>Pebble Beach, CA 93953 | Pam K. Farrell<br>2751 Fairview Road<br>Hollister, CA 95023 |
| Barbara Johns<br>P.O. Box 1764<br>Monterey, CA 93940 | Robert M. Kauffman<br>Alice E. Kauffman c/o J. Steer<br>1635 Josselyn Cyn<br>Monterey, CA 93940 |
| Catherine C. Lau<br>24639 Cabrillo St<br>Carmel, CA 93923 | Rudolph Leon<br>Cheryl Fischer<br>2500 Friesland Ct<br>Santa Cruz, CA 95062 |
| Joseph F. Lupino<br>3471 Springhill Rd<br>Lafayette, CA 94549 | Betty Ann Shaw<br>1489 Kearny Street<br>Saint Helena, CA 94575 |
| Lawrence H. Stock<br>1006 Pacific Grove Ln #5<br>Pacific Grove, CA 93950 | Lawrence A. Weingarten<br>Suzanne Weingarten<br>P.O. Box 928<br>Monterey, CA 93942 |
| Philip Kok-Kin Wong<br>1427 Bresee Ave<br>Pasadena, CA 91104 | Philip Kok-Kin Wong<br>1427 Bresee Ave<br>Pasadena, CA 91104 |
| Gray N. Smith<br>Ann R. Smith<br>P.O. Box 213<br>So. Thomaston, ME 04858 | Pierre Vercammen<br>608 Lopez Ave<br>Seaside, CA 93955 |
| Eleen A. Hall<br>P.O. Box 4688<br>Carmel, CA 93921 | Kenny Nemes and/or Michelle Nemes<br>3924 Poppyseed Place<br>Calabasas, CA 91302 |
| Thomas Nemes<br>Judith Nemes<br>4081 Costanilla Way<br>Pebble Beach, CA 93953 | Stanley D. Post<br>23845 Secretariat Lane<br>Monterey, CA 93940 |
| Paul O. Grisham<br>Martha Carole Salazar<br>3618 Nereis Drive<br>Le Mesa, CA 91941 | Walter M. Hickman and/or<br>Melissa L. Holton<br>P.O. Box 671<br>Rio Vista, CA 94571 |

JMBM Jeffer Mangels Butler & Mitchell LLP

| | | |
|---|---|---|
| 1 | Pierre Vercammen<br>608 Lopez Ave<br>Seaside, CA 93955 | Michael Clark<br>25308 Camino De Chamisol<br>Salinas, CA 93908 |
| 2 | | |
| 3 | Lisa T. Bender<br>755 N. Mayoral St<br>Clewiston, FL 3340-7931 | Soonja L. Cook<br>1 Shepherds Place<br>Monterey, CA 93940 |
| 4 | | |
| 5 | Heather M. East<br>150 Seeno Street<br>Monterey, CA 93940 | George E. Richardson Jr.<br>5312 W. Tortolita Flats Lane<br>Marana, AZ 85653 |
| 6 | | |
| 7 | James D. Pederson and/or<br>Paul M. Campos<br>P.O. Box 45<br>Carmel Valley, CA 93924-0045 | Pensco Trust Co Custodian Fbo<br>George A. Gallegos<br>Acct #Ga1Ge<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| 8 | | |
| 9 | | |
| 10 | Dorothy Shimer<br>Phyllis Chrisman<br>813 Anshen Court<br>Sunnyvalle, CA 94086 | Terry Lee Sims and/or<br>Bronda Lee Sims<br>2420 W-Wickenburg Way<br>Wickenburg, AZ 85390 |
| 11 | | |
| 12 | | |
| 13 | Pensco Trust Co Custodian Fbo<br>Brad Durham Acct #Du 104<br>P.O. Box 26903<br>San Francisco, CA 94126 | Pensco Trust Co Custodian Fbo<br>Veronica D'Amico Acct #Da 069<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| 14 | | |
| 15 | Eleen A. Hall<br>P.O. Box 4688<br>Carmel, CA 93921 | Marvin F. Spott<br>P.O. Box 153<br>Capitola, CA 95010-0153 |
| 16 | | |
| 17 | Pensco Trust Co Custodian Fbo<br>Joseph Lupino Acct # Lu 072<br>P.O. Box 26903<br>San Francisco, CA 94126 | Pensco Trust Co Custodian Fbo<br>Joseph Lupino Acct # Lu 065<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| 18 | | |
| 19 | Alexander Castillo<br>Jo Anne Castillo<br>898 Sloat Drive<br>Salinas, CA 93907 | Susan M. Postigo<br>160 Kane Drive<br>Hollister, CA 95023 |
| 20 | | |
| 21 | | |
| 22 | Robert Rosett<br>Diana Rosett<br>739 Belarmine Drive<br>Salinas, CA 93907 | Roland S. Staiano<br>1279 Jaycee<br>Slidell, LA 70460 |
| 23 | | |
| 24 | Pensco Trust Co Custodian Fbo<br>Victor Shaw Acct #Sh 1Aj<br>P.O. Box 26903<br>San Francisco, CA 94126 | John A. Steers<br>Joyce E. Steers<br>1635 Josselyn Canyon Road<br>Monterey, CA 93940 |
| 25 | | |
| 26 | | |
| 27 | Bert Baumer<br>3690 Moon Pl.<br>Aromas, CA 95004 | Paul J. Franklin, III<br>P.O. Box 7017<br>Carmel, CA 93921 |
| 28 | | |

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

SF 1829960v2

- 7 - Order Authorizing Plan Admin. To Sell Notes at Sealed Bid Auction

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP

| | | |
|---|---|---|
| 1 2 | James C. Jeffery III<br>P.O. Box 872<br>Sacramento, CA 95812-0872 | Kristin Ramsden<br>21 Yorkshire Lane<br>Pownal, ME 04069 |
| 3 4 | Kenneth J. Schupay<br>289 H, San Benancio Road<br>Salinas, CA 93908 | Sally T. Selner<br>24694 Santa Rita Street<br>Carmel, CA 93923 |
| 5 6 7 | Wayne Wood<br>P.O. Box 51222<br>Pacific Grove, CA 93950 | Thomas E. Armstrong<br>Lindsey Stewart<br>205 Douglas Lane<br>Pleasant Hill, CA 94523 |
| 8 9 | Vadim Kreyd<br>3853 Martin Lane NE<br>Iowa City, IA 52240 | John H. Roman<br>Linda F. Roman<br>585 Amador Avenue<br>Seaside, CA 93955 |
| 10 11 12 | Douglas Forzani<br>Shirley J. Forzani<br>25315 Tierra Grande<br>Carmel, CA 93923 | Melinda Moore<br>264 North Center<br>Orange, CA 92866 |
| 13 14 | Melinda Moore<br>264 North Center<br>Orange, CA 92866 | Nels W. Ingram<br>Patsy G. Ingram<br>2609 S. Saratoga<br>Mesa, AZ 8202 |
| 15 16 17 | Randy Schuyler<br>P.O. Box 761<br>Marina, CA 93933 | Pensco Trust Co Custodian Fbo<br>Diane Stein Acct # St 1Ar<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| 18 19 | Raymond Bengert And<br>Penny Bengert<br>79105 Coyote Crk<br>La Quinta, CA 92253-4527 | Kent S. Knopinski<br>Judity A. Knopinski<br>15561 Via La Gitana<br>Carmel Valley, CA 93924 |
| 20 21 22 | Marc Lefaucheur<br>Melinda Lefaucheur<br>1085 Highlander<br>Seaside, CA 93955 | Veronica D'Amico And<br>Ronald D'Amico Trustees<br>343 Soquel Ave, Suite 155<br>Santa Cruz, CA 95062 |
| 23 24 | Aaron N. Gallegos<br>Raymond R. Feay<br>87698 Mar Azul Terrace<br>Florence, OR 97439 | General Management Corp.<br>Ron D'Amico – Vice President<br>6130 W. Flamingo Road #381<br>Las Vegas, NV 89103 |
| 25 26 27 28 | Marian Marie Pattee<br>8305 Richmond Way<br>Prunedale, CA 93907 | Charles R. Smith, Jr. and/or<br>Isabelle C. Smith<br>200 Glenwood Circle # E 7<br>Monterey, CA 93940 |

SF 1829960v2 - 8 - Order Authorizing Plan Admin. To Sell Notes at Sealed Bid Auction

| | |
|---|---|
| Yoshiko Smith<br>4011 Dr. Martin Luther King, N<br>St. Petersburg, FL 33703 | Herma Smith Curtis<br>P.O. Box 1272<br>Pebble Beach, CA 93953 |
| Richard P. Giffin<br>P.O. Box 10313<br>Salinas, CA 93912 | Ellen Jasnosz<br>205 Fairway Glen Lane<br>San Jose, CA 95139 |
| Bud C. Johnson<br>608 Acorn Court<br>Pacific Grove, CA 93950 | Michael J. Kennedy<br>Diane L. Kennedy<br>289 – J, San Benancio Road<br>Salinas, CA 93908 |
| Roger King<br>P.O. Box 1076<br>Angels Camp, CA 95222 | |

SF 1829966v2

- 9 -

Order Authorizing Plan Admin. To Sell Notes at Sealed Bid Auction

Case: 08-52709    Doc# 2091    Filed: 04/28/14    Entered: 04/28/14 11:21:11    Page 13 of 13

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Mitchell LLP

JMBM